# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDORA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ISAGENIX INTERNATIONAL PRODUCTS EXPORT, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 15-cv-2754-BAS-RBB<br><br>**ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS [ECF NO. 8]** |

On January 14, 2016, Defendant filed a motion to dismiss the Complaint for lack of personal jurisdiction, or in the alternative, for improper venue.[1] (ECF No. 8.) On January 26, 2016, Plaintiff filed a First Amended Complaint ("FAC"). (ECF No. 10.)

The FAC was timely filed in accordance with Fed. R. Civ. P. 15(a)(1)(B). ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)[.]") Thus, the FAC supersedes the original, and the original Complaint, to which Defendant directed its motion to dismiss, is treated

---

[1] In the further alternative, Defendant moves to transfer the action to the District of Arizona.

– 1 –

– 2 –

as "non-existent." *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967), overruled on other grounds by *Lacey v. Maricopa Cnty*, 693 F.3d 896 (9th Cir. 2012). Accordingly, the Court **TERMINATES AS MOOT** Defendant's motion to dismiss.

**IT IS SO ORDERED.**

**DATED: January 29, 2016**

*[signature]*
Hon. Cynthia Bashant
United States District Judge